JMH

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:06-cr-80135-KLR-1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Girouard | Date Filed: 09/07/2006 |
| | Date Terminated: 02/06/2007 |

Assigned to: Senior Judge Kenneth L. Ryskamp

### Defendant (1)

| | | |
|---|---|---|
| **David Girouard**<br>*DOB 10/29/60 Prisoner*<br>*#75743-004*<br>*TERMINATED: 02/06/2007*<br>*also known as*<br>Riseup004@aol.com<br>*TERMINATED: 02/06/2007* | represented by | **Dave Lee Brannon**<br>Federal Public Defender's Office<br>450 Australian Avenue<br>Suite 500<br>West Palm Beach, FL 33401<br>561-833-6288<br>Fax: 561-833-0368<br>Email: Dave_Brannon@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: *Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2423.F COERCION OR ENTICEMENT OF MINOR FEMALE<br>(2) | 57 months BOP, Ten years supervised release, $100 special assessment, see JCfor special conditions |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2422.F COERCION OR ENTICEMENT OF FEMALE<br>(1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

Filed 11 9 13 USDcFln4PM0235

1

None

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Bruce Reinhart** <br> McDonald Hopkins, LLC <br> 505 South Flagler Drive <br> Suite 300 <br> West Palm Beach, FL 33401 <br> 561–472–2121 <br> Fax: 561–472–2122 <br> Email: breinhart@mcdonaldhopkins.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/07/2006 | 1 | 4 | INDICTMENT as to David Girouard (1) count(s) 1, 2 (Criminal Category 1) Magistrate Judge James M. Hopkins (eg, Deputy Clerk) (Entered: 09/07/2006) |
| 09/07/2006 | 2 | | ARREST WARRANT issued as to David Girouard . Warrant issued by Magistrate Judge Linnea R. Johnson Bail fixed at No Bond (eg, Deputy Clerk) (Entered: 09/07/2006) |
| 09/13/2006 | | | ARREST of David Girouard (eg, Deputy Clerk) (Entered: 09/13/2006) |
| 09/13/2006 | 3 | | REPORT Commencing Criminal Action as to David Girouard DOB: 10/29/60 Prisoner # 75743–004 (eg, Deputy Clerk) (Entered: 09/13/2006) |
| 09/13/2006 | 4 | | Minutes of Initial held on 9/13/06 before Magistrate Judge Linnea R. Johnson as to David Girouard ; Court Reporter Name or Tape #: LRJ–06–51–888 (eg, Deputy Clerk) (Entered: 09/13/2006) |
| 09/14/2006 | 5 | | NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES by David Girouard (rb, Deputy Clerk) (Entered: 09/18/2006) |
| 09/14/2006 | 6 | | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by David Girouard (rb, Deputy Clerk) (Entered: 09/18/2006) |
| 09/14/2006 | 11 | | NOTICE of Assignment of Assistant Public Defender for David Girouard . Terminated attorney Public Defender for David Girouard AFPD Dave Lee Brannon assigned. (rb, Deputy Clerk) (Entered: 09/19/2006) |
| 09/15/2006 | 7 | | ORDER on Initial Appearance as to David Girouard Bond set to Stipulated to PTD for David Girouard., for Appointment of Public Defender , , ( Signed by Magistrate Judge Linnea R. Johnson on 9/13/06) Tape # LRJ–06–51–888 CCAP (eg, Deputy Clerk) (Entered: 09/18/2006) |
| 09/15/2006 | 8 | | ARRAIGNMENT INFORMATION SHEET for David Girouard (1) count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (eg, Deputy Clerk) (Entered: 09/18/2006) |
| 09/15/2006 | 9 | | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to David Girouard Status conference set for 10:00 10/13/06 for |

| | | | |
|---|---|---|---|
| | | | David Girouard before Duty Magistrate ( Signed by Magistrate Judge Linnea R. Johnson on 9/13/06) [EOD Date: 9/18/06] CCAP (eg, Deputy Clerk) (Entered: 09/18/2006) |
| 09/15/2006 | 10 | | STANDING DISCOVERY ORDER as to David Girouard all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Linnea R. Johnson on 9/13/06) Tape # LRJ–06–51–888 CCAP (eg, Deputy Clerk) (Entered: 09/18/2006) |
| 09/22/2006 | 12 | | ARREST WARRANT Returned Executed as to David Girouard on 9/11/06 (rb, Deputy Clerk) (Entered: 09/22/2006) |
| 09/26/2006 | 13 | | NOTICE of Trial as to David Girouard : set Jury trial for 9:00 11/13/06 for David Girouard before Judge Kenneth L. Ryskamp , set calendar call for 1:15 11/8/06 for David Girouard before Judge Kenneth L. Ryskamp (dj, Deputy Clerk) (Entered: 09/27/2006) |
| 09/29/2006 | 14 | | RESPONSE to Standing Discovery Order by USA as to David Girouard (rb, Deputy Clerk) (Entered: 10/02/2006) |
| 10/05/2006 | 15 | | Minute Entry for proceedings held before Judge James M. Hopkins :Pretrial Conference/Pre–Trial Status as to David Girouard held on 10/5/2006 (fln3) (Entered: 10/17/2006) |
| 11/07/2006 | 16 | | NOTICE OF HEARING as to David Girouard Change of Plea Hearing set for 11/17/2006 01:30 PM in West Palm Beach Division before Judge Kenneth L. Ryskamp. 11/8/06 Calendar call is cancelled.(ir) (Entered: 11/07/2006) |
| 11/17/2006 | 17 | | Minute Entry for proceedings held before Judge Kenneth L. Ryskamp :Change of Plea Hearing as to David Girouard held on 11/17/2006, Plea entered by David Girouard (1) Guilty Count 2. (Court Reporter Vicky Miller, Official.) (ir) (Entered: 11/20/2006) |
| 11/17/2006 | 18 | | NOTICE OF HEARING as to David Girouard Sentencing set for 2/2/2007 at 01:30 PM in West Palm Beach Division before Judge Kenneth L. Ryskamp. (ir) (Entered: 11/20/2006) |
| 11/17/2006 | 19 | | PLEA AGREEMENT as to David Girouard (ls) If you attempt to access this document via the docket entry link and are not permitted to view the document, you may view it at the Southern District of Florida Clerk's office. (Entered: 11/27/2006) |
| 01/24/2007 | 20 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by David Girouard (Brannon, Dave) (Entered: 01/24/2007) |
| 01/29/2007 | 21 | | NOTICE *Of Filing* by David Girouard (Attachments: # 1)(Brannon, Dave) (Entered: 01/29/2007) |
| 02/02/2007 | 22 | | Minute Entry for proceedings held before Judge Kenneth L. Ryskamp :Sentencing held on 2/2/2007 for David Girouard (1), Count(s) 2, 57 months BOP, Ten years supervised release, $100 special assessment, see JCfor special conditions. (Court Reporter Stephen Franklin.) (ir) (Entered: 02/06/2007) |
| 02/06/2007 | 23 | 9 | JUDGMENT as to David Girouard (1), Count(s) 2, 57 months BOP, Ten years supervised release, $100 special assessment, see JCfor special conditions . Signed by Judge Kenneth L. Ryskamp on 2/6/07. (ir) (Entered: 02/06/2007) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80135-CR- Ryskamp/Hopkins
18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

UNITED STATES OF AMERICA

vs.

DAVID GIROUARD,
a/k/a "Riseup004@aol.com,"

Defendant.
_____/


FILED by _____ D.C.
SEP - 7 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about March, 2006, to on or about May 19, 2006, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID GIROUARD,**
a/k/a "Riseup004@aol.com,"

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet and by cellular telephone, persuade, induce, and entice, and attempt to persuade, induce, and entice "A," a person in Palm Beach County in the Southern District of Florida who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

4

## COUNT 2

On or about May 19, 2006, from a place outside the Southern District of Florida to a place inside the Southern District of Florida, the defendant,

**DAVID GIROUARD,**
a/k/a "Riseup004@aol.com,"

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, that is, a sexual act (as defined in 18 U.S.C. § 2246) with a person under 18 years of age, that is, "A", that would be in violation of chapter 109A of Title 18, United States Code, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 06-80135-CR-Ryskamp/Hopkins

vs.

DAVID GIROUARD,
_____Defendant._____/

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)         Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

**Court Division:** (Select One)

___ Miami     ___ Key West
___ FTL    _X_ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | I   | 0 to 5 days      | _X_ | Petty   | ___ |
   | II  | 6 to 10 days     | ___ | Minor   | ___ |
   | III | 11 to 20 days    | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days    | ___ | Felony  | _X_ |
   | V   | 61 days and over | ___ |         |     |

   FILED by ___ D.C.
   SEP - 7 2006
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - W.P.B.

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in state custody as of _____
   Defendant(s) in federal custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

_____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 0010762

Penalty Sheet(s) attached

REV.1/14/04

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: <u>DAVID GIROUARD</u>

Case No. <u>06-80135-CR-Ryskamp/Hopkins</u>

Count 1:

<u>18: USC 2422(b)</u>

*Max. Penalty: <u>5 to 30 years imprisonment; $250,000 Fine</u>

Count 2:

<u>18: USC 2423(b)</u>

*Max. Penalty: <u>0 to 30 years imprisonment; $250,000 Fine</u>

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count

*Max. Penalty:

**<u>*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.</u>**

REV. 12/12/96

7

No._____

# UNITED STATES DISTRICT COURT

__Southern__  **District of** __Florida__
          __Northern__  **Division**

# THE UNITED STATES OF AMERICA
*vs.*
___DAVID GIROUARD, a/k/a "Riseup004@aol.com,"___

# INDICTMENT
18 USC 2422(b)
18 USC 2423(b)

A true bill.  *Susan D. French*
                                                    **Foreman**

Filed in open court this ___7th___ day

of ___September___ , A.D. 20 ___06___

___E. Guerren___
                                                    **Clerk**

Bail. $ _____

GPO 863 928

Case 9:06-cr-80135-KLR Document 24 Entered on FLSD Docket 10/28/2013 Page 9 of 14
Case 9:06-cr-80135-KLR Document 23 Filed 02/06/07 Page 1 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case                                                                    Page 1 of 6

# United States District Court
## Southern District of Florida
### WEST PALM BEACH DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 06-80135-CR-RYSKAMP |
| DAVID GIROUARD | USM Number: 75743-004 |
| | Counsel For Defendant: Dave Lee Brannon, AFPD |
| | Counsel For The United States: Bruce Reinhart, AUSA |
| | Court Reporter: Stephen Franklin |

The defendant pleaded guilty to Count Two of the Indictment on November 17, 2006. The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 2423(b) | Traveling in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor | May 19, 2006 | 2 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count One is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
2/2/07

KENNETH L. RYSKAMP
United States District Judge

February 6, 2007

DEFENDANT: DAVID GIROUARD
CASE NUMBER: 06-80135-CR-RYSKAMP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **57 Months** as to Count Two of the Indictment.

The Court makes the following recommendations to the Bureau of Prisons:

> The defendant be designated to an institution in South Florida or as close to family as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                    _____
                                           UNITED STATES MARSHAL

                                    By:_____
                                              Deputy U.S. Marshal

DEFENDANT: DAVID GIROUARD
CASE NUMBER: 06-80135-CR-RYSKAMP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Ten (10) years**.

       The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

       If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

       The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 9:06-cr-80135-KLR Document 24 Entered on FLSD Docket 07/28/2016 Page 12 of 14
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case
Page 4 of 6

DEFENDANT: DAVID GIROUARD
CASE NUMBER: 06-80135-CR-RYSKAMP

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall not possess or use any computer; except that the defendant may, with the prior approval of the Court, use a computer in connection with authorized employment.

The defendant shall permit third party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed upon the defendant.

The defendant shall participate in an approved inpatient/outpatient mental health treatment program. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

The defendant shall provide all personal/business telephone records to the U.S. Probation Officer upon request. Further, the defendant shall provide the U.S. Probation Officer written authorization to request a record of all the defendant's outgoing or incoming telephone calls from any telephone service provider.

The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

The defendant shall have no personal, mail, telephone, or computer contact with children/minors under the age 18 or with the victim.

The defendant shall not be employed in a job requiring contact with children under the age of 18 or with the victim.

The defendant shall not be involved in any children's or youth organization.

The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

The defendant shall not buy, sell, exchange, possess, trade, or produce visual depictions of minors or adults engaged in sexually explicit conduct. The defendant shall not correspond or communicate in person, by mail, telephone, or computer, with individuals or companies offering to buy, sell, trade exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Officer. The Probation Officer will provide the state officials with any and all information required by state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

DEFENDANT: DAVID GIROUARD
CASE NUMBER: 06-80135-CR-RYSKAMP

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | $ | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DAVID GIROUARD
CASE NUMBER: 06-80135-CR-RYSKAMP

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A. Lump sum payment of **$100.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **301 N. MIAMI AVENUE, ROOM 150**
    **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.